COURT OF CRIMINAL APPEALS
CLERK OF THE COURT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

RE: THE FILING OF ORIGINAL APPLICATION OF WRIT
OF MANDAMUS

I MAILED A WRIT OF MANDAMUS ON CAUSE NO. 0867122 OUT OF THE 337th JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS ON DECEMBER 8th 2014, I NEED TO NO IF IT HAS BEEN FILED WITH THE COURT YET!

THANK YOU

Donald Wayne Herod
DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 South Emily DRIVE
BEEVILLE, TX, 78102

JANUARY 5th, 2015